UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE L. LOVE,

    Petitioner,

  v.

WILLIAM KNIPP,

    Respondent.

No. 2:14-cv-2817 JAM CKD P

ORDER

Petitioner has filed a motion for leave to amend his petition for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's motion for leave to amend (ECF No. 16) is granted; and

    2. Respondent shall file his response to petitioner's amended petition for writ of habeas corpus within 30 days.

Dated: January 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
love2817.am