UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE L. LOVE, | No. 2:14-cv-2817 JAM CKD P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM KNIPP, | |
| Respondent. | |

On September 8, 2015, petitioner filed a document the court construes as a request for an extension of time to file an opposition to respondent's pending motion to dismiss.[1] Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner is granted 30 days from the date of this order to file his opposition to respondent's motion to dismiss.

/////

/////

/////

---

[1] In the motion, petitioner attempts to justify his delay in filing his opposition to respondent's motion to dismiss on the fact that he has appealed this court's denial of his request for the appointment of counsel to the Ninth Circuit. However, that is not a legitimate justification as the court's denial of petitioner's request for the appointment of counsel is not appealable. See 28 U.S.C. § 1292.

      2. Failure to file an opposition to respondent's motion to dismiss within 30 days will result in the court's August 25, 2015 findings and recommendations being submitted to the district court judge assigned to this case for decision.

Dated: September 14, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
love2817.111(2)